UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE POLYMEDICA CORP. SECURITIES LITIGATION | Civil Action No. 00-12426-REK AND ALL RELATED CASES |
|---|---|

## LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Lead Plaintiff Dr. Thomas Thuma ("Dr. Thuma") hereby moves for an order (i) certifying this action as a class action, (ii) certifying a Class consisting of all purchasers of Defendant Polymedica Corp. common stock from October 26, 1998 through August 21, 2001, inclusive (the "Class Period"), and (iii) appointing Dr. Thuma as Class Representative.

## CONFERENCE PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel have conferred and have attempted in good faith to resolve or narrow the issues presented in this motion, pursuant to Local Rule 7.1(a)(2), and were unable to reach agreement.

Dated: January 28, 2004

By his attorneys,

/s/Theodore M. Hes-Mahan
Thomas G. Shapiro (BBO # 454680)
Theodore M. Hess-Mahan (BBO # 557109)
Shapiro Haber & Urmy LLP
75 State Street
Boston MA 02109
(617) 439-3939

/s/Justin S. Kudler
Andrew M. Schatz (*pro hac vice*)
Jeffrey S. Nobel (*pro hac vice*)
Justin S. Kudler (BBO # 644824)
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106
(860) 493-6292

Co-Lead Counsel for Plaintiffs


Stanley M. Grossman
Pomerantz Haudek Block
 Grossman & Gross LLP
100 Park Avenue
New York, NY 10017-5516
(212) 661-1100

Richard Bemporad
Lowey Dannenberg
 Bemporad & Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601-1714
(914) 997-0500

Counsel for Plaintiffs