UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE POLYMEDICA CORP. ) | Civil Action No. 00-12426 REK |
| SECURITIES LITIGATION ) | AND ALL RELATED ACTIONS |

## STIPULATION CONCERNING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The parties hereby stipulate and agree to the following schedule concerning Lead Plaintiff's Motion for Class Certification (the "Motion"), as discussed during the case management conference on January 29, 2004:

1. Defendants shall have until February 27, 2004 to serve an opposition;

2. Plaintiffs shall have until March 29, 2004 to serve a reply brief; and

3. A hearing will be held on the motion on June 2, 2004 at 9:30 a.m.

_____    _____
Thomas G. Shapiro (BBO #454680)     Jeffrey B. Rudman (BBO #433380)
Theodore M. Hess-Mahan (BBO #557109) Michael G. Bongiorno (BBO #558748)
Shapiro Haber & Urmy LLP             Lisa M. Cameron (BBO #639951)
75 State Street                      Beth E. Bookwalter (BBO #643425)
Boston, MA  02109                    Hale and Dorr LLP
(617) 439-3939                       60 State Street
                                     Boston, MA  02109
**Co-Lead Counsel for Plaintiffs**   (617) 526-6000

                                     **Counsel for Defendants PolyMedica Corporation and Liberty Medical Supply, Inc.**

Andrew M. Schatz *(pro hac vice)*
Robert A. Izard *(pro hac vice)*
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106
(860) 493-6292

**Co-Lead Counsel for Plaintiffs**

*/s/ Rachel Spooner/lmc*
Gus P. Coldebella (BBO #566918)
Rachel S. Spooner (BBO #643626)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
(617) 570-1000

Marty Steinberg *(pro hac vice)*
Hunton & Williams
Barclays Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
(305) 810-2500

**Counsel for Defendant Steven J. Lee**

*/s/ Allan Sullivan/lmc*
Allan J. Sullivan (BBO #484850)
Sullivan Rivero & Chase, P.A.
Miami Center, Suite 1450
201 South Biscayne Boulevard
Miami, FL 33131
(305) 371-7781

**Counsel for Warren K. Trowbridge**

*/s/ Daniel Rosenfeld/lmc*
Daniel E. Rosenfeld (BBO #560226)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 951-9000

**Counsel for Eric Walters**

Dated: February 13, 2004

## **CERTIFICATE OF SERVICE**

I, Lisa M. Cameron, hereby certify that I have caused a true and accurate copy of the foregoing document to be served by first class mail on this 13th day of February, 2004:

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA  02109

Gus P. Coldebella
Rachel S. Spooner
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109-2881

Andrew M. Schatz *(pro hac vice)*
Robert A. Izard *(pro hac vice)*
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT  06106

Marty Steinberg *(pro hac vice)*
Hunton & Williams
Barclays Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL  33131

Allan J. Sullivan
Sullivan Rivero & Chase, P.A.
Miami Center, Suite 1450
201 South Biscayne Boulevard
Miami, FL  33131

Daniel E. Rosenfeld
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109

_____
Lisa M. Cameron